# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                                 **ORDER OF TEMPORARY DETENTION**
                                 **PENDING HEARING PURSUANT TO**
V.                                      **BAIL REFORM ACT**

HATEM ATAYA

                                                               CASE NUMBER: 15-20351
*Defendant*

Upon motion of the    **GOVERNMENT**   , it is ORDERED that a detention hearing is set for    **June 22, 2015**   * at    **1:00 p.m.**   
                                             *Date*

before    **THE DUTY MAGISTRATE JUDGE**   
                                 *Name of Judicial Officer*

                                 *Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States Marshal)
(                                               ) and produced for the hearing.
         *Other Custodial Official*

Date:  **June 19, 2015**                                         s/David R. Grand
                                                                    *Judicial Officer*
                                                  MAGISTRATE JUDGE DAVID R. GRAND

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government or 5 days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

    A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion, if there is a serious risk that the defendant will flee or will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate or attempt to threaten, injure, or intimidate a prospective witness or juror.