UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

v.                                          CASE NO. 2:15-cr-20351
                                              Hon. Victoria A. Roberts

HATEM ATAYA, M.D.

    Defendant.

## **APPEARANCE OF COUNSEL**

    I, Khalid A. Kahloon, enter my appearance as counsel on behalf of defendant HATEM ATAYA, M.D. in the above-entitled case.

                                              Respectfully submitted,

                                              */s/ Khalid A. Kahloon*

                                              Khalid A. Kahloon
                                              600 West Main Street, Ste 500
                                              Louisville, KY 40202
                                              (502) 261-7200
                                              kahloon@msn.com

                              CERTIFICATE OF SRVICE

    I hereby certify that on June 20, 2015, I electronically filed the foregoing Appearance of Counsel with the Clerk using the ECF system, which will send notification of such filing to all attorneys of record.

                                              /s/ Khalid A. Kahloon