UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

FILED
JUN 22 2015
CLERK'S OFFICE
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,

        Plaintiff,        Criminal No. 15-cr-20351

vs.

Hatem Ataya   Defendant,

## APPEARANCE OF COUNSEL

To the Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Dr. Hatem Ataya

_____
Attorney's signature

Stephan A. Manke (P49207)
**Printed Name and Michigan Bar Number**

132 W. Nepessing St
**Address**

Steve@sharkeylawbuilding.com
**E-mail Address**

810-664-4600
**(Area Code)   Telephone Number**

Date: 6-22-15
Detroit, Michigan

810-667-2041
**Fax Number**

☐ CJA Appointment   ☒ Retained