AUSA Matthew C. Thuesen
Special Agent Brian Fairweather, FBI

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.

SHAHID TAHIR
WASEEM ALAM, M.D.
HATEM ATAYA, M.D.
MANAWAR JAVED
MUHAMMAD TARIQ

Case:2:15-cr-20351

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* HATEM ATAYA, M.D.,
who is accused of an offense or violation based on the following document filed with the court:

[✓] Indictment  [ ] Superseding Indictment  [ ] Information  [ ] Superseding Information  [ ] Complaint
[ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice  [ ] Order of the Court

This offense is briefly described as follows:

18 USC § 1349 - Conspiracy to Commit Health Care Fraud and Wire Fraud
18 USC § 371 - Conspiracy to Pay and Receive Kickbacks

Date: JUN 1 1 2015

*Issuing officer's signature*

DAVON ALLEN  DEPUTY CLERK
*Printed name and title*

City and state: DETROIT, MI

---

**Return**

This warrant was received on *(date)* 6/18/15–6/19/15, and the person was arrested on *(date)* 6/19/15
at *(city and state)* Lapeer, MI.

Date: 6/19/15

*Arresting officer's signature*

Ryan Briggs
*Printed name and title*

Distribution: Original Court – 1copy U.S. Marshal – 2 copies USA