UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,

Vs.

**D-03 – HATEM ATAYA, MD**,

    Defendant.

File No. 15-cr-20351

**Hon. Sean F. Cox**
United States District Judge

## NOTICE OF APPEARANCE OF CO-COUNSEL

**TO**: The Clerk of the Court and
DOJ Trial Counsel Matthew C. Thuesen

Please enter my Appearance as Co-Counsel in behalf of **D-03 – HATEM ATAYA, MD**, in the above captioned mater.

**BURDICK LAW, P.C.**

By: /s/ *James W. Burdick*
**James W. Burdick (P-11397)**
Counsel for JAVED AKHTAR
1760 South Telegraph Road, Suite 300
Bloomfield Hills, Michigan 48302-0183
Ph: (248) 335-5000; Fax: (248) 253-9620
jwb@jwburdicklaw.com

Dated: July 12, 2015

# CERTIFICATE OF SERVICE

I hereby certify that, on July 12, 2015, I electronically filed the foregoing **Notice of Appearance of Co-Counsel** with the Clerk of the Court, United States District Court for the Eastern District of Michigan, using the ECF system, which will send notification of such filing to the following:

DOJ Trial Counsel Matthew C. Thuesen,

As well as to all other counsel of record.

Respectfully submitted,

**BURDICK LAW, P.C.**

By: _____/s/ James W. Burdick_____
**James W. Burdick (P-11397)**
Attorney for Defendant Javed Akhtar
1760 South Telegraph Road, Suite 300
Bloomfield Hills, Michigan 48302-0183
Ph: (248) 335-5000; Fax: (248) 253-9620
jwb@jwburdicklaw.com

Dated: July 12, 2015

C:\DATA FILES\W.P. DOCS\ATAYA, HETEM - FED CRIM - 2015\NOTICE OF APPEARANCE.DOCX