UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

**UNITED STATES OF AMERICA**,

    Plaintiff,        Case No. **15-cr-20351**
                 **Hon. Sean F. Cox**

vs.

                 U.S. District Court Judge

**D-04 – HATEM ATAYA**,

    Defendant.

---

### STIPULATION FOR SUBSTITUTION OF ATTORNEYS

  **NOW COME** current Co-Counsel for Defendant Hatem Ataya, **Stephan A. Manko**, and Substitute Counsel for Defendant Hatem Ataya, **James W. Burdick**, who hereby stipulate and agree to the substitution of James W. Burdick in the place and stead of Mr. Manko in this matter, and seek the Court's approval of same.

              Respectfully submitted by:

| | |
|---|---|
| **Stephan A. Manko** | **Burdick Law, P.C.** |
|  /s/ *Stephan A. Manko* |  /s/ *James W. Burdick* |
| **Stephan A. Manko** (P-49207) | **James W. Burdick** (P-11397) |
| Co-Counsel for Defendant | Substitute Counsel for Defendant |
| 132 West Nepessing Street | 1760 South Telegraph Road, Suite 300 |
| Lapeer, MI 48446 | Ph: (248) 335-5000 |
| (810) 664-6400 | jwb@jwburdicklaw.com |
| steve@sharkeylawbuilding.com | |

Dated: July 20, 2015

**Page 1 of 2**

Upon a reading and review of the above Stipulation, and this Court being fully advised in the premises, it is hereby Ordered that James W. Burdick be substituted in the place of Stephan Manko.

**So Ordered.**

Dated: July 21, 2015             s/ Sean F. Cox
Sean F. Cox
U. S. District Judge