UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

**UNITED STATES OF AMERICA**,

        Plaintiff,

vs.

Case No. **15-cr-20351**
**Hon. Sean F. Cox**
U.S. District Court Judge

**D-03 – HATEM ATAYA**,

        Defendant.

---

STIPULATION AND ORDER ALLOWING ELECTRONIC EQUIPMENT
TO BE BROUGHT TO MILAN DETENTION CENTER OR
EQUIPMENT BELONGING TO THE BOP AT MILAN TO BE USED BY DEFENDANT

---

**NOW COME** Counsel for the Government and for Defendant Ataya, who hereby stipulate and agree as follows:

1. The Government has provided all defendants an external hard drive upon which it has copied dozens of hours of undercover video/audio recordings made during the course of the investigation leading to the indictment of the co-defendants in the captioned matter.

2. Defendant Ataya has been detained pre-trial so, in order for Defendant Ataya to view the recordings, it will be necessary for his Counsel to bring a lap top computer and the external hard drive to Milan Detention Center in order for Defendant to view the recordings, and/or

3. Milan Detention Center has computer equipment which can also be used by Defendant to review the hard drive, but a Court Order is needed to insure that the officials at Milan

will provide such equipment in a reasonably secure and private location for him to use, and to insure that the Milan officials will allow Defendant to maintain in his continued possession one of those hard drives provided by the government.

WHEREFORE, THE Parties hereto agree that the Court may enter an Order requiring the officials at the Milan Detention Center to:

1. Allow one or both Counsel for the Defendant to bring into the facility a laptop from time to time upon which to play some of the external hard drive contents with the Defendant; and

2. Allow the Defendant to keep a copy of the external hard drive with him in his lockup, and to requite the Milan officials to make available to Defendant sufficient time over the next 45 days within which he can reasonably view the dozens of hours of the hard drive's content, and in a location at the detention center which provides some security and privacy from other detainees.

Respectfully submitted by:

**Matthew Thuessen**                                **Burdick Law, P.C.**

   /s/ Matthew Thuesen                                 /s/ James W. Burdick
**Matthew Thuesen**                                **James W. Burdick** (P-11397)
Trial Attorney, USDOJ                              Co-Counsel for Defendant
1400 New York Ave. NW                              1760 South Telegraph Road, Suite 300
Bond Building, 4TH Floor                      Ph: (248) 335-5000
Washington, DC 20005                               jwb@jwburdicklaw.com
(202) 679-4817
matthew.thuesen@usdoj.gov

Dated: **August 04, 2015**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

**UNITED STATES OF AMERICA**,

      Plaintiff,

vs.

Case No. **15-cr-20351**
**Hon. Sean F. Cox**
U.S. District Court Judge

**D-03 – HATEM ATAYA**,

      Defendant.

---

**ORDER ALLOWING ELECTRONIC EQUIPMENT
TO BE BROUGHT TO MILAN DETENTION CENTER OR
EQUIPMENT BELONGING TO THE BOP AT MILAN TO BE USED BY DEFENDANT**

---

Upon a reading and review of the above Stipulation, and **if allowed by the Bureau of Prisons,** it is hereby ORDERED that;

1. One or both Counsel for the Defendant may bring into the facility a laptop from time to time upon which to play some of the external hard drive contents with the Defendant and;

2. allow the Defendant to keep a copy of the external hard drive with him in his lockup, and to require the Milan officials to make available to Defendant sufficient time over the next 45 days within which he can reasonably view the dozens of hours of the hard drive's content, and in a location at the detention center which provides some security and privacy from other detainees.

**It is Further Ordered** that a copy of this Order shall forthwith be electronically transmitted by Counsel for Defendant to the appropriate Milan Detention facility officials, and that Counsel shall also bring with him, or them, a copy of this Order whenever he or they meet with Defendant to review the government's electronic discovery.

Dated:   August 5, 2015                                      s/ Sean F. Cox
                                                                    Sean F. Cox
                                                                    U. S. District Judge